UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: YOUNGS, WADE A                              §    Case No. 10-70842
         YOUNGS, LAURA R                           §
                                                   §
Debtor(s)                                          §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
STEPHEN G. BALSLEY_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

211 South Court Street
Room 110
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30AM on 09/27/2010 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  / /_____        By:  /s/STEPHEN G. BALSLEY_____
                                                        Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: lorsmith          Page 1 of 1          Date Rcvd: Sep 01, 2010
Case: 10-70842                Form ID: pdf006         Total Noticed: 21


The following entities were noticed by first class mail on Sep 03, 2010.
db          +Wade A Youngs,   608 E. Pleasant,   Sandwich, IL 60548-1141
jdb         +Laura R Youngs,   608 E. Pleasant,   Sandwich, IL 60548-1141
aty         +David L Davitt,   Schlueter Ecklund,   4023 Charles Street,   Rockford, IL 61108-6199
tr          +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
             Rockford, IL 61108-2579
15159191    ++CHRYSLER FINANCIAL,   27777 INKSTER RD,   FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Financial,   PO Box 9001921,   Louisville, KY 40290-1921)
15159189     Cardmember Service,   P.O. Box 15153,   Wilmington, DE 19886-5153
15673193    +Castle Bank,   141 W. Lincoln Highway,   Dekalb, IL 60115-3699
15159190    +Castle Bank,   100 W. Church St.,   Sandwich, IL 60548-2167
15432190     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15230183    +Chrysler Financial Services Americas, L.L.C.,   c/o Riezman Berger, P.C.,
             7700 Bonhomme, 7th Floor,   St. Louis, MO 63105-1960
15159192     Citizens Auto Finance,   PO Box 42113,   Providence, RI 02940-2113
15159193    +Earth Movers Credit Union,   PO Box 2937,   Aurora, IL 60507-2937
15731677    +First National Bank of Omaha,   1620 Dodge Street Stop Code 3105,   Omaha, NE 68197-0002
15159195    +McCarthy Burgess and Wolfe,   26000 Cannon Road,   Cleveland, OH 44146-1807
15159196     Old 2nd National Bank,   37 S. River Street,   Aurora, IL 60506-4172
15159197     PNC Mortgage,   B6-YM07-01-7,   PO Box 1820,   Dayton, OH 45401-1820
15159198     Visa-First Bankcard,   PO Box 2557,   Omaha, NE 68103-2557
15159199    +Wells Fargo Financial National Bank,   PO Box 98752,   Las Vegas, NV 89193-8752

The following entities were noticed by electronic transmission on Sep 01, 2010.
15549983     E-mail/PDF: gecsedi@recoverycorp.com Sep 02 2010 04:00:49     GE Money Bank,
             c/o Recovery Management Systems Corp,   Attn: Ramesh Singh,   25 SE 2nd Avenue Suite 1120,
             Miami FL 33131-1605
15724606    +E-mail/PDF: gecsedi@recoverycorp.com Sep 02 2010 04:00:49     GE Money Bank dba WALMART,
             Care of Recovery Management Systems Corp,   25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
15159194     E-mail/PDF: cr-bankruptcy@kohls.com Sep 02 2010 04:01:31     Kohl's,   P.O. Box 2983,
             Milwaukee, WI 53201-2983
                                                                                    TOTAL: 3


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
             Rockford, IL 61108-2579
                                                                        TOTALS: 0, * 1, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 03, 2010**                    **Signature:**   _Joseph Speetjens_