**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| In re: YOUNGS, WADE A | § | Case No. 10-70842 |
| YOUNGS, LAURA R | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

 STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

 1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

 2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $493,965.00     Assets Exempt: $54,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,450.36    Claims Discharged
                   Without Payment: $31,053.68

Total Expenses of Administration: $2,550.04

---

 3) Total gross receipts of $ 5,000.40 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,000.40 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $440,100.00 | $49,026.14 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,550.04 | 2,550.04 | 2,550.04 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 23,985.00 | 16,861.04 | 16,861.04 | 2,450.36 |
| **TOTAL DISBURSEMENTS** | $464,085.00 | $68,437.22 | $19,411.08 | $5,000.40 |

    4) This case was originally filed under Chapter 7 on February 25, 2010. The case was pending for 11 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/02/2011          By: /s/STEPHEN G. BALSLEY
                                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2009 TAX REFUNDS | 1224-000 | 5,000.00 |
| Interest Income | 1270-000 | 0.40 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.40** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Castle Bank | 4110-000 | 47,000.00 | 49,026.14 | 0.00 | 0.00 |
| NOTFILED | Earth Movers Credit Union | 4110-000 | 7,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Old 2nd National Bank | 4110-000 | 105,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Earth Movers Credit Union | 4110-000 | 5,800.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC Mortgage | 4110-000 | 254,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Citizens Auto Finance | 4110-000 | 4,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Chrysler Financial | 4110-000 | 17,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$440,100.00** | **$49,026.14** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,250.04 | 1,250.04 | 1,250.04 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,300.00 | 1,300.00 | 1,300.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,550.04 | 2,550.04 | 2,550.04 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | N/A | 4,602.62 | 4,602.62 | 668.89 |
| 2 | Chase Bank USA, N.A. | 7100-000 | N/A | 4,939.98 | 4,939.98 | 717.91 |
| 4 | GE Money Bank dba WALMART | 7100-000 | N/A | 105.90 | 105.90 | 15.39 |
| 5 | First National Bank of Omaha | 7100-000 | 7,342.00 | 7,212.54 | 7,212.54 | 1,048.17 |
| NOTFILED | Wells Fargo Financial National Bank | 7100-000 | 5,025.00 | N/A | N/A | 0.00 |
| NOTFILED | McCarthy Burgess and Wolfe | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's | 7100-000 | 1,571.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Cardmember Service | 7100-000 | 9,047.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 23,985.00 | 16,861.04 | 16,861.04 | 2,450.36 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-70842  
**Case Name:** YOUNGS, WADE A  
YOUNGS, LAURA R  
**Period Ending:** 01/27/11

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 02/25/10 (f)  
**§341(a) Meeting Date:** 04/01/10  
**Claims Bar Date:** 07/06/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  608 E. Pleasant, Sandwich<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 300,000.00 | 0.00 | DA | 0.00 | FA |
| 2  408 Maple Street, Earlville, IL<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 115,000.00 | 10,000.00 | DA | 0.00 | FA |
| 3  Checking Acct - Earth Movers Credit Union<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 4  Misc. Household Goods, Appliances & Furnishings<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5  Clothing<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 6  SERS Retirement Funds<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 45,000.00 | 0.00 | DA | 0.00 | FA |
| 7  2003 Chrysler Town & Country - 200k miles<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 8  2005 Dodge Dakota Pickup - 62k miles<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 9  2005 Yamaha Royal Star - 22k miles<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 10 2005 Chevy Cobalt 65K Miles (Joint with daughter)<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 11 Lund fishing boat<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 12 2009 TAX REFUNDS  (u) | 9,765.00 | 5,965.00 | DA | 5,000.00 | FA |

Printed: 01/27/2011 09:58 AM    V.12.56

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-70842  
**Case Name:** YOUNGS, WADE A  
YOUNGS, LAURA R  
**Period Ending:** 01/27/11

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 02/25/10 (f)  
**§341(a) Meeting Date:** 04/01/10  
**Claims Bar Date:** 07/06/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| Int | INTEREST (u) | Unknown | N/A | | 0.40 | FA |
| 13 | Assets   Totals (Excluding unknown values) | **$493,965.00** | **$15,965.00** | | **$5,000.40** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   July 12, 2010   **Current Projected Date Of Final Report (TFR):**   August 4, 2010  (Actual)

Printed: 01/27/2011 09:58 AM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-70842  
**Case Name:** YOUNGS, WADE A  
YOUNGS, LAURA R  
**Taxpayer ID #:** **-***0143  
**Period Ending:** 01/27/11

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******69-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/16/10 | {12} | Wade Youngs | non-exempt portion of 2009 income tax refund | 1224-000 | 5,000.00 | | 5,000.00 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.09 | | 5,000.09 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.30 | | 5,000.39 |
| 08/01/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0700% | 1270-000 | 0.01 | | 5,000.40 |
| 08/01/10 | | To Account #9200******6966 | Transfer to Closed Money Market Account | 9999-000 | | 5,000.40 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,000.40 | 5,000.40 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,000.40 | |
| | | | **Subtotal** | | 5,000.40 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.40** | **$0.00** | |

{} Asset reference(s)  
Printed: 01/27/2011 09:58 AM   V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-70842  
**Case Name:** YOUNGS, WADE A  
YOUNGS, LAURA R  
**Taxpayer ID #:** **-***0143  
**Period Ending:** 01/27/11

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******69-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/01/10 | | From Account #9200******6965 | Transfer to Closed Money Market Account | 9999-000 | 5,000.40 | | 5,000.40 |
| 09/27/10 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,300.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,300.00 | 3,700.40 |
| 09/27/10 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,250.04, Trustee Compensation; Reference: | 2100-000 | | 1,250.04 | 2,450.36 |
| 09/27/10 | 103 | Chase Bank USA, N.A. | Dividend paid 14.53% on $4,602.62; Claim# 1; Filed: $4,602.62; Reference: | 7100-000 | | 668.89 | 1,781.47 |
| 09/27/10 | 104 | Chase Bank USA, N.A. | Dividend paid 14.53% on $4,939.98; Claim# 2; Filed: $4,939.98; Reference: | 7100-000 | | 717.91 | 1,063.56 |
| 09/27/10 | 105 | GE Money Bank dba WALMART | Dividend paid 14.53% on $105.90; Claim# 4; Filed: $105.90; Reference: | 7100-000 | | 15.39 | 1,048.17 |
| 09/27/10 | 106 | First National Bank of Omaha | Dividend paid 14.53% on $7,212.54; Claim# 5; Filed: $7,212.54; Reference: | 7100-000 | | 1,048.17 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 5,000.40 | 5,000.40 | $0.00 |
| Less: Bank Transfers | | 5,000.40 | 0.00 | |
| **Subtotal** | | 0.00 | 5,000.40 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $0.00 | $5,000.40 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******69-65** | 5,000.40 | 0.00 | 0.00 |
| **Checking # 9200-******69-66** | 0.00 | 5,000.40 | 0.00 |
| | $5,000.40 | $5,000.40 | $0.00 |

{} Asset reference(s)

Printed: 01/27/2011 09:58 AM    V.12.56